**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
STEFANY SAFIER,
                                     Index No. 7:19-cv-11681
        Plaintiff,

  -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.
------------------------------------------------------- X

**[PROPOSED] AMENDED SCHEDULING ORDER**

      The Court's September 8, 2020 scheduling order is AMENDED as follows:

      1.     Defendant The Prudential Insurance Company of America has until February 22, 2021 to serve its: (a) combined cross-motion for summary judgment and opposition to Plaintiff Stefany Safier's motion for summary judgment; and (b) opposition to Plaintiff' motion to admit evidence outside the administrative record.

      2.     Plaintiff has until March 5, 2021 to serve her: (a) combined opposition to Defendant's cross-motion and reply in support of her summary judgment motion; and (b) reply in support of her motion to admit evidence outside the administrative record.

      3.     Defendant has until March 19, 2021 to serve its reply in support of its cross-motion for summary judgment.

      Per the parties' agreement, the "bundling" rule applies. Accordingly, papers relating to these motions will be served but not "filed" until the motions are fully-briefed. Upon conclusion of briefing, each party will file their own briefs and supporting papers with the Court, and will each provide the Court with a complete set of courtesy copies of their own papers.

                                                                    SO ORDERED.

                                                                    _/s/ Cathy Seibel_   1/28/21
                                                                    CATHY SEIBEL, U.S.D.J.  .