UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

STEFANY SAFIER,

               Plaintiff,

     -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

          Defendant.

------------------------------------------------------- X

Index No. 7:19-cv-11681

## **STATUS REPORT**

Pursuant to the Court's November 12, 2021 Order, the parties write to inform the Court about the status of their settlement negotiations.  In brief, the parties have made additional progress regarding non-monetary terms.  There are only a few disputes between them remaining.  However, the parties do believe that the assistance of a United States Magistrate Judge may help to expedite a resolution of those disputes.

Accordingly, the parties respectfully request that the Court hold their pending motions (including the cross-motions for summary judgment) in abeyance for thirty (30) additional days, to enable them to hopefully finalize a resolution of this matter, and seek referral to a United States Magistrate Judge.

The Court will refer the parties to Magistrate Judge Krause for assistance in resolving the remaining issues.  In the meantime, for administrative purposes, the Court will deny the pending motions without prejudice to renewal in the event the negotiations are not successfully completed.  The Clerk of Court is respectfully directed to terminate ECF Nos. 29, 32 and 35.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

12/10/21

Dated: New York, New York
       December 10, 2021

CASPER & de TOLEDO LLP           SEYFARTH SHAW LLP


By: */s/ Elizabeth Jones*          By: */s/ Alnisa S. Bell*
    Elizabeth Jones                 Alnisa S. Bell
    ejones@cadetlaw.com           Jacob Oslick
    1458 Bedford Street            abell@seyfarth.com
    Stamford, CT 06905           joslick@seyfarth.com
    Telephone: (203) 325-8600    620 Eighth Avenue
                            New York, New York 10018
Attorneys for Plaintiff Stefany Safier  Telephone: (212) 218-5500
                            Facsimile: (212) 218-5526

                            Attorneys for Defendant,
                            THE PRUDENTIAL INSURANCE
                            COMPANY OF AMERICA