UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Stefany Safier,

                Plaintiff,                        19 Civ. 11681 (CS) (AEK)

  -against-                                    **CANCELLATION ORDER**

The Prudential Insurance Company of America,

                Defendant.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       In light of the parties' stipulation of voluntary dismissal, ECF No. 59, which was filed earlier today, the video settlement conference scheduled for **Friday, February 11, 2022, at 2:15 p.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated:  February 9, 2022
           White Plains, New York

                                                  **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge